

FILED
SEP 14 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR4274-JAH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 4 - Misprision of Felony |
| MANUEL BRIBIESCA (2), | |
| Defendant. | |

The United States Attorney charges:

Count 1

(18 U.S.C. §4 - Misprision of Felony)

1. Beginning not later than July 2007, and continuing through at least November 2008, within the Southern District of California and elsewhere, Defendant MANUEL BRIBIESCA, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343 - that is, a scheme to fraudulently overcharge buyers of natural gas from a company known as Mexico Gas, using wire transmissions of funds to execute the scheme to defraud, did conceal the fraud by representing to customers of Mexico Gas that he (defendant BRIBIESCA) was a representative of Mexico Gas, and did not as soon as possible make known the existence of the scheme to defraud buyers of natural

gas from Mexico Gas to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Section 4.

DATED: September 5, 2012.

                                             LAURA E. DUFFY
                                             United States Attorney

                                             STEPHEN P. CLARK
                                             Assistant U.S. Attorney